**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:01cr00155-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **QUINTICO THIGPEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on July 17, 2012, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release. The violation report [Doc. 26] was referred to Magistrate Judge Limbert who issued a Report and Recommendation on July 6, 2012 [Doc. 29] and no objections were filed by the parties.

The Court adopted the Report and Recommendation and found defendant had violated the conditions of supervision as follows:

        1) new law violation resulting in arrest on January 18, 2008;

        2) new law violation resulting in arrest on November 16, 2007;

        3) failure to pay fine;

        4) failure to complete 90 day placement at Community Correction Center.

The Court found the most serious violation to be a Grade A and defendant's Criminal

History Category to be I and committed defendant to the Bureau of Prisons for a term of 14 months with credit for time served in federal custody but no credit for time served in state custody. Upon release from incarceration defendant's period of supervised release shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

Dated: July 17, 2012    *s/   James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE